# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:  
TV Azteca, S.A.B. de C.V.

Bankruptcy Case No.: 23–10385–lgb

**Debtor\***

CHAPTER: 11

Social Security No.:  
Taxpayer ID/Employer ID/Other Nos.: 00–0000000

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above−named debtor:

A petition under title 11, United States Code was filed against you on 3/20/23 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

**Address of Clerk:**

> **United States Bankruptcy Court**  
> **Southern District of New York**  
> **One Bowling Green**  
> **New York, NY 10004–1408**  
> **www.nysb.uscourts.gov**

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

> **Abid Qureshi**  
> **Akin Gump Strauss Hauer & Feld LLP**  
> **One Bryant Park**  
> **New York, NY 10036**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).  
If you fail to respond to this Summons, an order for relief will be entered.

Vito Genna

*Clerk of the Court*

Dated: 3/21/23

By: /s/ Jonathan Ramos

*Deputy Clerk*

\*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.