**Exhibit 1**

*Fernando Del Castillo E.*
Founding Partner

Office:  Mexico City, Mexico

Practices:
- bankruptcy and restructuring
- civil and commercial litigation
- commercial arbitration

Contact Information: fdelcastillo@dc-ca.mx

Education:
- Law Degree from Universidad Nacional Autónoma de México, México, in 1993.
- Masters in Corporate Law form Universidad Panamericana, México, in 2016.

Biography:

Widely recognized practitioner Fernando Del Castillo has been previously ranked by Chambers in Band 1 for bankruptcy and restructuring in Mexico. Fernando is considered a leading lawyer in contentious bankruptcy mandates. He specializes in insolvency, civil and commercial litigation and is active in both litigation and arbitration matters.

Before founding Del Castillo y Castro in 2018, he practiced law in the dispute resolution group at Santamarina y Steta, S.C., which he joined in 1993, where he was appointed partner in 2002.

He has more than 30 years of experience in dispute resolution matters and broad experience in counselling major domestic and foreign companies in arbitration proceedings held in Mexico and abroad involving civil, commercial, construction, and insurance law, among other areas. He has also successfully litigated matters related to dealership agreements abroad and several arbitrations related to conflicts among shareholders, energy, joint ventures, software licenses and insurance. In addition, he has participated in numerous judicial proceedings related to contentious bankruptcy mandates.

He is fluent in Spanish and English.

He is an active member of the Consultation Committee of the Arbitration Commission of the CANACO and the Arbitration Commission of the International Chamber of Commerce.

His notable representations include:

- Counsel for Controladora Comercial Mexicana, S.A.B. de C.V. in its insolvency proceeding and debt restructuring.
- Counsel for Abengoa Mexico, S.A. de C.V. in its insolvency proceeding and debt restructuring.
- Counsel for Corporacion Geo and its subsidiaries in their insolvency proceeding and debt restructuring.
- Counsel for Altan Redes, S.A.P.I. de C.V. in its insolvency proceeding and debt restructuring, along with several litigation cases related to such restructuring process.
- Counsel for Alphacredit Capital, S.A. de C.V. and its subsidiaries in their insolvency proceeding and debt restructuring, along with several litigation cases related to such restructuring process.
- Served as the foreign representative of Tesla Inc. in connection with an arbitration.
- Counsel for Banco Mercantil del Norte, S.A. in the enforcement proceeding related to the payment of financial returns.
- Counsel for Acciona Ingenieria Industrial, S.A. de C.V. in an arbitration related to an EPC agreement and a litigation arisen form such arbitration.
- Counsel for Banco Credit Suisse (México) in several judicial proceedings seeking payment of a debt related to a credit agreement entered by and between one of its financial subsidiary.
- Counsel for Deutsche Bank México, S. A. as trustee to certain Trust Agreement in several proceedings related to the insolvency proceeding of Perforadora Oro Negro, S. de R.L. de C.V.