**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| TV Azteca, S.A.B. de C.V., | : | Case No. 23-10385 (LGB) |
| Alleged Debtors.[1] | : | (Jointly Administered) |

### Declaration of William A. Clareman

WILLIAM A. CLAREMAN declares pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for the Alleged Debtors. I respectfully submit this Declaration in support of the Memorandum of Law in Support of the Alleged Debtors' Motion to Dismiss the Involuntary Chapter 11 Petitions.

---

[1] The Alleged Debtors in these cases are TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada en Aviación, S.A. de C.V.; Equipo de Futbol Mazatlán, S.A. de C.V. (previously named Atlético Morelia, S.A. de C.V.); Producciones Dopamina, S.A. de C.V. (previously named Azteca Conecta Producciones, S.A. de C.V.); Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana de Televisión, S.A. de C.V.; Azteca Sport Rights, LLC (previously named Organización de Torneos y Eventos Deportivos, S.A. de C.V.); Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora de Televisión Regional de TV Azteca, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Mazatlán Promotora de Futbol, S.A. de C.V. (previously named Promotora de Futbol Morelia, S.A. de C.V.); Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados TAZ, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales de Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel, S.A.; TVA Guatemala, S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C; Televisora del Valle de México, S.A.P.I. de C.V. (previously named Televisora del Valle de México, S.A. de C.V. The location of the Debtors' corporate headquarters is Periférico Sur 4121, colonia Fuentes del Pedregal, alcaldía Tlalpan, C.P. 14140, Ciudad de México, México.

2. **Exhibit A** is the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment in Lieu of Complaint, filed by the Bank of New York Mellon, in its capacity as Indenture Trustee for the 8.25% Senior Notes Due 2024 (the "Indenture Trustee") in *Bank of New York Mellon* v. *TV Azteca, S.A.B. de C.V. et al.*, Index No. 653101/2022, Dkt. No. 03 (Sup. Ct. Aug. 26, 2022).

3. **Exhibit B** is the Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment in Lieu of Complaint and in Support of Defendants' Motion to Compel Plaintiff to File a Complaint, filed in *Bank of New York Mellon* v. *TV Azteca, S.A.B. de C.V. et al.*, Index No. 1:22-cv-08164 (PGG), Dkt. No. 09 (S.D.N.Y. Sept. 30, 2022) (the "SDNY Action").

4. **Exhibit C** is the Notice of Voluntary Dismissal, filed by the plaintiff in the SDNY Action, Dkt. No. 15 (Oct. 14, 2022).

5. **Exhibit D** is the Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendants' Motion to Compel Plaintiff to File a Complaint, filed in the SDNY Action, Dkt. No. 14 (Oct. 14, 2022).

6. **Exhibit E** is the Reply Memorandum of Law in Further Support of Defendants' Motion to Compel Plaintiff to File a Complaint, filed in the SDNY Action, Dkt. No. 16 (Oct. 21, 2022).

7. **Exhibit F** is the Decision + Order on Motion, filed in *Diamond Films Netherlands Coöperatief U.A.* v. *TV Azteca S.A.B. de C.V.*, Index No. 655384/2020, Dkt. No. 90 (Sup. Ct. Feb. 24, 2022) (the "Diamond Action").

8.     **Exhibit G** is the Memorandum of Law in Support of Defendant TV Azteca's Order to Show Cause to Vacate the Default Judgment, filed in the Diamond Action, Dkt. No. 149 (Aug. 17, 2022).

9.     **Exhibit H** is a translated copy of an order of the Superior Court of Justice of Mexico City, 299/2020 (Aug. 13, 2020), as filed in the Diamond Action by Defendant TV Azteca, Dkt. No. 69 (Jan. 13, 2022).

10.    **Exhibit I** is the Summons and Complaint in the Diamond Action, Dkt. No. 01 (Oct. 16, 2020).

11.    **Exhibit J** is the Memorandum of Law in Support of Plaintiff Diamond Films Netherlands Coöperatief U.A.'s Motion for Entry of Default Judgment Against Defendant TV Azteca S.A.B. de C.V., filed in the Diamond Action, Dkt. No. 38 (Dec. 30, 2021).

12.    **Exhibit K** is the Memorandum of Law in Support of Defendant TV Azteca's Motion to Dismiss and in Opposition to Plaintiff's Motion for Default Judgment; Limited Appearance to Challenge Jurisdiction, Diamond Action, Dkt. No. 50 (Jan. 11, 2022).

13.    **Exhibit L** is the Decision + Order on Motion, filed in the Diamond Action, Dkt. No. 209 (Apr. 4, 2023).

14.    **Exhibit M** is that certain Indenture, dated as of August 9, 2017, by and between TV Azteca S.A.B. de C.V. ("TVA"), the subsidiary guarantors party thereto, the Bank of New York Mellon as the Trustee, and the Bank of New York Mellon, London Branch as the Principal Paying Agent (the "Indenture").

15. **Exhibit N** is the Note in fully-registered global form issued by TVA pursuant to the Indenture (the "2024 Note").

16. **Exhibit O** is the Offering Circular for the 8.250% Senior Notes due 2024, issued by TVA.

17. **Exhibit P** is a Notice of Event of Default from the Trustee to TVA, dated March 22, 2021.

18. **Exhibit Q** is a Notice of Continuing Events of Default from the Trustee to TVA, dated March 29, 2022.

19. **Exhibit R** is an Acceleration Notice from certain beneficial owners of the 2024 Notes to TVA, dated May 3, 2022.

20. **Exhibit S** is an Acceleration Notice from the Trustee to TVA, dated August 5, 2022.

21. **Exhibit T** is a supplement to an Acceleration Notice from the Trustee to TVA, dated August 8, 2022.

22. **Exhibit U** is the Hearing Transcript in the matter of *TV Azteca, S.A.B. de C.V.*, Case No. 23-10385-LGB (Bankr. S.D.N.Y. Mar. 29, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2023.

                                                                           William A. Clareman