Jay Cohen
Kelley A. Cornish
Elizabeth R. McColm
William A. Clareman
Sean A. Mitchell
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019–6064
Telephone:     (212) 373–3000
Facsimile:       (212) 757–3990

*Counsel to the Alleged Debtors*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TV Azteca, S.A.B. de C.V., *et al.*, | Case No. 23-10385 (LGB) |
| Alleged Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                    ) SS.:
COUNTY OF NEW YORK )

---

[1] The Alleged Debtors are: TV Azteca, S.A.B. de C.V. ("TVA"); Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Equipo de Futbol Mazatlán, S.A. de C.V.; Producciones Dopamina, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana De Televisión, S.A. de C.V.; Azteca Sport Rights LLC; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora de Televisión Regional de TV Azteca, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Mazatlán Promotora de Futbol, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados TAZ, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.; TVA Guatemala S.A; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C; Televisora del Valle de México, S.A.P.I. de C.V.

Julia Y. Hossain, being duly sworn, deposes and says:

1. I am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas New York, NY 10019-6064.

2. I am over 18 years of age and not a party to the above captioned proceeding.

3. On August 24, 2023, I served a true and correct copy of the following:

- *Notice of Hearing on Alleged Debtors' Motion to Dismiss the Involuntary Chapter 11 Petitions* [Docket No. 59]

via the Court's electronic case filing and noticing system, as well as by e-mail, upon the parties listed on the service list, attached hereto as Exhibit A.

4. Further, on August 24, 2023 I caused to be served a true and correct copy of the afore-mentioned document by United States first class mail upon the parties listed on the service list, attached hereto as Exhibit B.

5. On April 25, 2023, I served a true and correct copy of the following documents:

- *Motion to Dismiss the Involuntary Chapter 11 Petitions* [Docket No. 26];

- *Corporate Ownership Statement of the Alleged Debtors* [Docket No. 27];

- *Memorandum of Law in Support of the Alleged Debtors' Motion to Dismiss the Involuntary Chapter 11 Petitions* [Docket No. 28];

- *Declaration of William A. Clareman* [Docket No. 29];

- *Declaration of Rafael Rodriguez Sanchez* [Docket No. 30]; and

- *Declaration of Luis Manuel C. Mejan in Support of the Alleged Debtors' Motion to Dismiss the Involuntary Chapter 11 Petitions* [Docket No. 31].

2

via the Court's electronic case filing and noticing system, as well as by e-mail, upon the parties listed on the service list, attached hereto as <u>Exhibit C</u>.

      6.      Further, on April 25, 2023, I caused to be served a true and correct copy of the afore-mentioned document by United States first class mail upon the parties listed on the service list, attached hereto as <u>Exhibit D</u>.

                                                                           */s/ Julia Y. Hossain*
                                                                            Julia Y. Hossain

Sworn to before me on this
26th day of August, 2023

*/s/ Matthew Metrick*
Matthew Metrick, Notary Public

Notary Public, State of New York
No. 01ME6442471
Qualified in New York County
Commission Expires October 17, 2026

**Exhibit A**

aqureshi@akingump.com

melanie.miller@akingump.com

mstamer@akingump.com

sschultz@akingump.com

dgiller@akingump.com

dkrasa@akingump.com

sbrauner@akingump.com

AGSearch-Lit@akingump.com

NYMCO@akingump.com

bkemp@akingump.com

alaaraj@akingump.com

rfriedman@sheppardmullin.com

mdriscoll@sheppardmullin.com

cplaza@riker.com

dbloom@riker.com

USTPRegion02.NYECF@USDOJ.GOV

**Exhibit B**

| | |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: David Giller<br>　　　Michael Stamer<br>　　　Melanie A. Miller<br>　　　Abid Qureshi<br>One Bryant Park<br>New York, New York 10036 | Office of the U.S. Trustee<br>Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 |
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Sarah Link Schultz<br>2300 North Field Street, Suite 1800<br>Dallas, Texas 75201 | The Bank of New York Mellon - London Branch<br>Attention: Global Corporate Trust<br>101 Barclay Street, 7th Floor East<br>New York, NY 10286 |
| Law Debenture Corporate Services Inc.<br>801 2nd Avenue, Suite 403<br>New York, NY 10017 | Sheppard Mullin Richter & Hampton LLP<br>Attn: Robert S. Friedman<br>　　　Michael T. Driscoll<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Winston & Strawn, LLP<br>Attention: Allen Miller<br>200 Park Avenue<br>New York, NY 10166-4193 | Internal Revenue Service<br>Office of Chief Counsel<br>Internal Revenue Service<br>1111 Constitution Ave NW<br>The Mint Building, M-4-157<br>Washington, DC  20224 |
| Riker Danzig LLP<br>Attn: Curtis M. Plaza<br>　　　Daniel A. Bloom<br>P.O. Box 1981 Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962-1981 | Internal Revenue Service<br>33 Maiden Lane, 12th Floor<br>New York, NY, 10038 |
| Office of the U.S. Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | Hon. Lisa G. Beckerman<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 |

B-1

| | |
|---|---|
| The Bank of New York Mellon<br>240 Greenwich Street, 18th Floor<br>New York, New York 10286-0001 | Guerra, Hidalgo y Mendoza, S.C.<br>Jesús Ángel Guerra Méndez,<br>Paseo de la Reforma 509, 19th Floor,<br>Colonia Cuauhtémoc,<br>Alcaldía Cuauhtémoc, 06500, Mexico City, Mexico |
| Fernando Del Castillo E.<br>Del Castillo y Castro<br>428 Santa Fe Av., Tower III, Floor 16<br>Desarrollo Santa Fe<br>05348, CDMX. México | |

# Exhibit C

aqureshi@akingump.com

melanie.miller@akingump.com

mstamer@akingump.com

sschultz@akingump.com

dgiller@akingump.com

dkrasa@akingump.com

sbrauner@akingump.com

AGSearch-Lit@akingump.com

NYMCO@akingump.com

bkemp@akingump.com

alaaraj@akingump.com

rfriedman@sheppardmullin.com

mdriscoll@sheppardmullin.com

cplaza@riker.com

dbloom@riker.com

USTPRegion02.NYECF@USDOJ.GOV

**Exhibit D**

Akin Gump Strauss
Attn:  Michael Stamer
           Abid Qureshi
Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Office of the U.S. Trustee
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Akin Gump Strauss
Hauer & Feld LLP
Attn:  Sarah Link Schultz
2300 North Field Street, Suite 1800
Dallas, Texas 75201

The Bank of New York Mellon - London Branch
Attention: Global Corporate Trust
101 Barclay Street, 7th Floor East
New York, NY 10286

Law Debenture Corporate Services Inc.
801 2nd Avenue, Suite 403
New York, NY 10017

Sheppard Mullin Richter & Hampton LLP
Attn: Robert S. Friedman
         Michael T. Driscoll
30 Rockefeller Plaza
 New York, NY 10112

Winston & Strawn, LLP
Attention: Allen Miller
200 Park Avenue
New York, NY 10166-4193

Internal Revenue Service
Office of Chief Counsel
Internal Revenue Service
1111 Constitution Ave NW
The Mint Building, M-4-157
Washington, DC   20224

Riker Danzig LLP
Attn: Curtis M. Plaza
       Daniel A. Bloom
P.O. Box 1981 Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981

Internal Revenue Service
33 Maiden Lane, 12th Floor
New York, NY, 10038

Office of the U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Hon. Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

| | |
|---|---|
| The Bank of New York Mellon<br>240 Greenwich Street, 18th Floor<br>New York, New York 10286-0001 | Guerra, Hidalgo y Mendoza, S.C.<br>Jesús Ángel Guerra Méndez,<br>Paseo de la Reforma 509, 19th Floor,<br>Colonia Cuauhtémoc,<br>Alcaldía Cuauhtémoc, 06500, Mexico City,<br>Mexico |
| Fernando Del Castillo E.<br>Del Castillo y Castro<br>428 Santa Fe Av., Tower III, Floor 16<br>Desarrollo Santa Fe<br>05348, CDMX. México | |