**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Chapter 11 ) |
| TV AZTECA, S.A.B. DE C.V.,[1] | ) Case No. 23-10385 (LGB) ) |
|  | ) (Jointly Administered) |
| Alleged Debtors. | ) |

**SUPPLEMENTAL DECLARATION OF FERNANDO DEL CASTILLO**
**IN SUPPORT OF THE PETITIONING CREDITORS' OPPOSITION TO**
**THE ALLEGED DEBTORS' MOTION TO DISMISS**
**THE INVOLUNTARY CHAPTER 11 PETITIONS**

I, Fernando del Castillo, declare the following.

1. I am an attorney duly admitted to practice in Mexico. On June 16, 2023, I submitted a declaration in support of the Petitioning Creditors' Opposition to the Alleged Debtors' Motion to Dismiss the Involuntary Chapter 11 Petitions [ECF No. 37] (the "Initial Declaration"), which describes my background, qualifications and experience in Mexican restructuring and commercial litigation.[2]

---

[1] The debtors in these cases (collectively, the "Debtors") are TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Equipo de Futbol Mazatlan, S.A. de C.V.; Producciones Dopamina, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana De Televisión, S.A. de C.V.; Azteca Sport Rights LLC; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora De Televisión Regional De Tv Azteca, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Mazatlan Promotora de Futbol, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados Taz, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.; TVA Guatemala S.A; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C; Televisora del Valle de México, S.A. de C.V. The location of the Debtors' corporate headquarters is Periférico Sur 4121, colonia Fuentes del Pedregal, alcaldía Tlalpan, C.P. 14140, Ciudad de México, México.

[2] Terms not otherwise defined herein shall have the meaning ascribed to them in the Initial Declaration.

2. Although Spanish is my native language, I am fluent in English and have elected to execute and submit this supplemental declaration (the "Supplemental Declaration") in English.

3. I have been retained by the indenture trustee (the "Indenture Trustee") under the indenture dated as of August 9, 2017 as special litigation counsel in Mexico. Specifically, I have been retained as special counsel to the Indenture Trustee in connection with legal actions in Mexico related to the 8.250% Senior Notes due 2024 (the "Notes," and the holders thereof, the "Noteholders") issued by TV Azteca, S.A.B. de C.V. ("TV Azteca").

4. I respectfully submit this Supplemental Declaration to provide an update on the status of the September 2022 Mexican Litigation and the injunction issued by the Superior Court of Justice of Mexico City (the "Superior Court") on September 27, 2022 (the "First Injunction"). The parties to the September 2022 Mexican Litigation have continued to litigate the injunction. Most recently, on August 24, 2023, the Superior Court entered an order (the "Order") regarding the September 2022 Mexican Litigation. A copy of the Order is attached as **Exhibit 1** and an English translation of the Order is attached as **Exhibit 2**. The following describes three of the several issues addressed in the Order:

5. *First*, the Order acknowledged the Indenture Trustee's Motion to Vacate the First Injunction and ordered TV Azteca to file a response by August 30, 2023. The First Injunction remains in effect as of the date of this Supplemental Declaration.

6. *Second*, the Order acknowledged TV Azteca's request seeking to require the Indenture Trustee to disclose the beneficial holders of the Notes and to subpoena those beneficial holders to appear before the Superior Court as third parties. The Superior Court ordered the Indenture Trustee to file a response by August 30, 2023.

7. *Finally*, the Order acknowledged TV Azteca's appeal of the Superior Court's May 15, 2023 decision granting the Indenture Trustee's Motion for Reconsideration and declaring that the Indenture Trustee's response to the September 2022 Complaint was timely filed. The Superior Court ordered the Indenture Trustee to file a response to TV Azteca's appeal by August 30, 2023.

I, Fernando del Castillo, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2023

/s/ *Fernando del Castillo*
Fernando del Castillo