**Exhibit 1**



**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2023, Año de Francisco Villa, el revolucionario del pueblo"*
*Sexagésimo Tercero De Lo Civil*

*995/2022

CIUDAD DE MÉXICO, A VEINTITRÉS DE AGOSTO DEL DOS MIL VEINTITRÉS.

- - - Con fundamento en lo dispuesto por el artículo 1055 del Código de Comercio, se ordena glosar un expedientillo a los presentes autos principales y se da cuenta con los escritos que en él se contienen, por lo que; -------------------------------------------------------------------------------

En relación al escrito recepcionado el quince de mayo de dos mil veintitrés, bajo la promoción número 089, EL C. JUEZ ACUERDA. A sus autos el escrito de cuenta que presenta YANET SANDOVAL CARRILLO, Apoderada de la parte actora y como lo solicita se le tiene devolviendo el oficio número 2432/2023 SIN DILIGENCIAR, atendiendo a las manifestaciones que vierte, de ahí que, a efecto de dar cumplimiento al auto de fecha nueve de mayo de dos mil veintitrés, nuevamente elabórese de forma actual el oficio dirigido a la COMISIÓN NACIONAL BANCARIA Y DE VALORES y diligénciese a través del sistema SIARA. ------------------------------------------------------

Respecto al recepcionado el dieciséis de mayo de dos mil veintitrés, bajo la promoción número 004, EL C. JUEZ ACUERDA; A sus autos el escrito de cuenta que presenta FERNANDO DEL CASTILLO ELORZA, Apoderado de THE BANKOF NEW YORK MELLON, LONDON BRANCH y THE BANKOF OF NEW YORK MELLON, y como lo solicita, con fundamento en lo dispuesto por el artículo 1349 del Código de Comercio, se le tiene promoviendo INCIDENTE DE REVOCACIÓN DE MEDIDAS CAUTELARES POR HECHO SUPERVENIENTE, por lo que se da vista por el término de TRES DÍAS a la parte actora a fin de que manifieste lo que a su derecho corresponda. Por ofrecidas las pruebas de referencia, mismas que se reservan para ser admitidas en el momento procesal oportuno. ----------

Por cuanto hace al escrito recepcionado el diecinueve de mayo de dos mil veintitrés, bajo la promoción número 090, EL C. JUEZ ACUERDA: A sus autos el escrito de cuenta que presenta BRUNO GASTELUM GLENDER, Mandatario de la parte actora y como lo solicita, téngasele en tiempo desahogando la vista ordenada en diverso proveído de fecha quince de mayo de dos mil veintitrés e identificado como *995/2022-3, por hechas las manifestaciones que vierte en relación a las excepciones y defensas opuestas por las codemandadas THE BANKOF NEW YORK MELLON, LONDON BRANCH y THE BANKOF OF NEW YORK MELLON. Ahora bien, por cuanto hace a la certificación de computo que refiere, dígasele que

Sello electrónico SIGJ / TSJCDMX -- Sexagésimo Tercero de lo Civil | 995/2022-21 | RREYESR | 2023-08-23 15:06:21 | MROBLESV | 2023-08-23 15:06:25 | FP: 2023-08-24 | NAS: 5111-5772-2738-6042-122 | 1692824592198 -- SIGJ / TSJCDMX -- V2



**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2023, AÑO DE FRANCISCO VILLA, EL REVOLUCIONARIO DEL PUEBLO"*
SEXAGÉSIMO TERCERO DE LO CIVIL

deberá estarse al diverso proveído de fecha quince de mayo de dos mil veintitrés e identificado como *995/2022-2, Respecto a su petitorio tercero, dese vista por el término de TRES DÍAS a la codemandada THE BANKOF OF NEW YORK MELLON, a fin de que manifieste lo que a su derecho corresponda y proveer en consecuencia. Por último, y respecto de su petitorio cuarto, se hace constar que, efectivamente atendiendo a constancias de autos, los escritos de las demás codemandadas que no son THE BANKOF NEW YORK MELLON, LONDON BRANCH y THE BANKOF OF NEW YORK MELLON se han reservado hasta en tanto exista su emplazamiento correspondiente conforme a derecho. ----------------------

En cuanto al escrito recepcionado el veintitrés de mayo de dos mil veintitrés, bajo la promoción número 006, EL C, JUEZ ACUERDA: A sus autos el escrito de cuenta que presenta FERNANDO DEL CASTILLO ELORZA, Apoderado de THE BANKOF NEW YORK MELLON, LONDON BRANCH y THE BANKOF OF NEW YORK MELLON, y no ha lugar a acordar de conformidad lo solicitado, debiendo estarse al auto que antecede. ---------------------------------------

Respecto del escrito recepcionado físicamente el veinticinco de mayo de dos mil veintitrés, EL C. JUEZ ACUERDA: A sus autos el escrito de cuenta que presenta BRUNO GASTELUM GLENDER, Mandatario de la parte actora y a quién se le tiene por señalado el domicilio que indica para oír y recibir todo tipo de notificaciones, asimismo y con fundamento en lo dispuesto por el artículo 1069 del Código de Comercio, se autorizan a las personas que menciona, profesionistas que deberán acreditar en la primera diligencia en que intervengan, ser licenciados en derecho con la exhibición de su cédula profesional, misma que deberán registrar en el libro que para tal acto se lleva en este juzgado, y para el caso omiso a lo que antecede, únicamente se tendrán por autorizados para oír y recibir notificaciones y documentos, también se autoriza a las demás personas que menciona para los fines que precisa. Ahora bien a lo peticionado, con fundamento en lo dispuesto por los artículos artículo 1344, 1345 fracción V, 1345 BIS, 1345 BIS 1 y demás relativos del Código de Comercio, se tiene al ocursante interponiendo **RECURSO DE APELACIÓN** en contra del auto del diverso auto de fecha quince de mayo de dos mil veintitrés, e identificado como *995/2022-3, mismo que se admite en el **EFECTO DEVOLUTIVO DE TRAMITACIÓN INMEDIATA,** por lo que, con la expresión de agravios que formula dese vista a la parte contraria para que en un término de TRES DIAS conteste los mismos, **con fundamento en el artículo 1345 Bis-2 y hecho que sea** fórmese el **TESTIMONIO DE APELACIÓN** correspondiente con todas las constancias que integra el expediente y anexos respectivos, y envíense a la **TERCERA SALA CIVIL DE ESTE H. TRIBUNAL** a fin de que

Sello electrónico SIGJ / TSJCDMX -- Sexagésimo Tercero de lo Civil | 995/2022-21 | RREYESR | 2023-08-23 15:06:21 | MROBLESV | 2023-08-23 15:06:25 | FP: 2023-08-24 | NAS: 5111-5772-2738-6042-122 | 1692824592198 -- SIGJ / TSJCDMX -- V2

ROSALBA REYES RODRIGUEZ   13/08/25 12:19:15
706a6364467832303030333333638

MIGUEL ANGEL ROBLES VILLEGAS   13/08/25 11:48:32
706a6364467832303030333333632

**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2023, Año de Francisco Villa, el revolucionario del pueblo"*
*Sexagésimo Tercero De Lo Civil*

se avoque al conocimiento del recurso interpuesto, quedando emplazadas las partes, para que acudan ante el superior a deducir sus derechos. Lo anterior para todos los efectos legales a que haya lugar. Notifíquese. Lo proveyó y firma el C. JUEZ SEXAGÉSIMO TERCERO CIVIL, LICENCIADO MIGUEL ÁNGEL ROBLES VILLEGAS, ante la C. Secretaria de Acuerdos "A", Licenciada Rosalba Reyes Rodríguez, quien autoriza y da fe. Doy fe.

ROSALBA REYES RODRIGUEZ   13/08/25 12:19:15
706a6364607832303033333638

MIGUEL ANGEL ROBLES VILLEGAS   13/08/25 11:48:32
706a6364607832303033333632

Sello electrónico SIGJ / TSJCDMX -- Sexagésimo Tercero de lo Civil | 995/2022-21 | RREYESR | 2023-08-23 15:06:21 | MROBLESV | 2023-08-23 15:06:25 | FP: 2023-08-24 | NAS: 5111-5772-2738-6042-122 | 1692824592198 -- SIGJ / TSJCDMX -- V2



En el **Boletín Judicial** No. ___144___ correspondiente al día ___24__ de _____Agosto_____ de _2023_ se hizo la publicación de Ley.— Conste.
El _25_ de ___Agosto___ del _2023_, surtió efectos la notificación anterior.— Conste.



**EVIDENCIA CRIPTOGRÁFICA - TRANSACCIÓN**

**Archivo Firmado:** 1692824592198.pdf
**Autoridad Certificadora del Poder Judicial de la Ciudad de México**
**Firmante(s):** 2
**Hoja(s):** 3

| Firmantes | | | | | |
|---|---|---|---|---|---|
| **Nombre(s):** | ROSALBA REYES RODRIGUEZ | **Validez:** | Vigente | **No Serie:** | 70.6a.63.64.6d.78.32.30.30.30.33.33.36.38 |
| | MIGUEL ANGEL ROBLES VILLEGAS | **Validez:** | Vigente | **No Serie:** | 70.6a.63.64.6d.78.32.30.30.30.33.33.36.32 |
| **OCSP** | | | | | |
| **Fecha: (UTC / CDMX)** | 23/08/23 21:05:41 - 23/08/23 15:05:41 | | | | |
| | 23/08/23 21:05:46 - 23/08/23 15:05:46 | | | | |
| **Nombre del respondedor(es):** | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX | | | | |
| | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX | | | | |
| **Emisor(es) del respondedor(es):** | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| **Número(s) de serie:** | 70.6a.63.64.6d.78.32.30.32 | | | | |
| | 70.6a.63.64.6d.78.32.30.32 | | | | |
| **TSP** | | | | | |
| **Fecha: (UTC / CDMX)** | 23/08/23 21:05:41 - 23/08/23 15:05:41 | | | | |
| | 23/08/23 21:05:46 - 23/08/23 15:05:46 | | | | |
| **Nombre del emisor de la respuesta TSP:** | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | | | |
| | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | | | |
| **Emisor del certificado TSP:** | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| **Sellos Digitales** | | | | | |
| b2 dd 13 57 81 e3 c2 d9 27 c9 a0 28 52 b9 f1 60 ee 5c 9f ba 41 ef 76 67 68 9f d0 77 6c a0 8a 14 e5 7b e3 d1 de dd 42 31 67 d4 00 | | | | | |
| 2d 82 38 85 a0 bf 3c fe 9b 80 72 5d 55 ac 96 ff a5 61 e9 4d b6 66 ed 54 c1 cb 18 94 0a 8c ca 19 a8 20 af 19 84 09 2e 19 b7 0e c8 | | | | | |

Sello electrónico SIGJ / TSJCDMX -- Sexagésimo Tercero de lo Civil | 995/2022-21 | RREYESR | 2023-08-23 15:06:21 | MROBLESV | 2023-08-23 15:06:25 | FP: 2023-08-24 | NAS: 5111-5772-2738-6042-122 | 1692824592198 -- SIGJ / TSJCDMX -- V2

