## Exhibit 2

**SUPERIOR COURT OF JUSTICE OF THE CITY OF MEXICO**
*"2023, THE YEAR OF FRANCISCO VILLA, THE PEOPLE'S REVOLUTIONARY".*
*SIXTY-THIRD CIVIL LAW*

*995/2022

MEXICO CITY, ON AUGUST TWENTY-THIRD, TWO THOUSAND AND TWENTY-THREE.

- Based on the provisions of Article 1055 of the Code of Commerce, it is ordered that a file be attached to these main proceedings and the writings contained therein are attached, therefore; ----------------------------------------

In relation to the writ received on May fifteenth, two thousand and twenty three, under the promotion number 089, THE JUDGE AGREES. The writ of account presented by YANET SANDOVAL CARRILLO, Attorney of the plaintiff and as she requests it, she has returned the document number 2432/2023 WITHOUT DILIGENTATION, in view of the statements she makes, therefore, in order to comply with the order dated May nine, two thousand twenty-three, the document addressed to the NATIONAL BANKING AND SECURITIES AND EXCHANGE COMMISSION is again drafted and processed through the SIARA system.

Regarding the one received on May sixteenth, two thousand and twenty-three, under the promotion number 004, THE COURT AGREES; To your files the brief presented by FERNANDO DEL CASTILLO ELORZA, Attorney in Fact of THE BANK OF NEW YORK MELLON, LONDON BRANCH and THE BANKOF OF NEW YORK MELLON, and as requested, based on the provisions of Article 1349 of the Commercial Code, you are hereby granted a motion for the revocation of injunctive relief as supervening fact, therefore, the plaintiff is given a hearing for a term of THREE DAYS so that it may state what it deems appropriate. The evidence of reference is deemed to have been offered and is reserved to be admitted at the appropriate procedural moment. ----------

As to the writ received on May nineteenth, two thousand and twenty three, under promotion number 090, THE JUDGE AGREES: To your records the writ of account presented by BRUNO GASTELUM GLENDER, Agent of the plaintiff and as requested, consider him in time to file the hearing ordered in a different order dated May fifteen of two thousand twenty-three and identified as *995/2022-3, for having made the statements he makes in relation to the exceptions and defenses opposed by the co-defendants THE BANKOF NEW YORK MELLON, LONDON BRANCH and THE BANK OF NEW YORK MELLON. Now then, with respect to the computation certification referred to, please inform that

E-Stamp SIGJ / TSJCDMX -- Sixty-Third Civil Court | 995/2022-21 | RREYESR | 2023-08-23 15:06:21 | MROBLESV | 2023-08-23 15:06:25 | FP: 2023-08-24 | NAS: 5111-5772-2738-6042-122 | 1692824592198 -- SIGJ / TSJCDMX -- V2



SIGJ template v 3.0

**SUPERIOR COURT OF JUSTICE OF THE CITY OF MEXICO**
*"2023, THE YEAR OF FRANCISCO VILLA, THE PEOPLE'S REVOLUTIONARY".*
*SIXTY-THIRD CIVIL LAW*

with respect to its third request, the co-defendant THE BANK OF OF NEW YORK MELLON should be heard for a term of THREE DAYS, in order for it to state its rights and provide accordingly. Finally, and with respect to its fourth request, it is hereby stated that, in fact, according to the record, the pleadings of the other co-defendants that are not THE BANKOF NEW YORK MELLON, LONDON BRANCH and THE BANKOF NEW YORK MELLON have been reserved until such time as they are lawfully in place. ----------------------

Regarding the brief received on May twenty-third, two thousand and twenty-three, under motion number 006, THE JUDGE AGREES: The brief filed by FERNANDO DEL CASTILLO ELORZA, Attorney-in-fact of THE BANKOF NEW YORK MELLON, LONDON BRANCH and THE BANKOF OF NEW YORK MELLON, there is no place to agree with the request, and to abide by the preceding order. ----------------------------------------

With respect to the document physically received on May twenty-fifth, two thousand and twenty-three, THE JUDGE AGREES: To your records the writ of account presented by BRUNO GASTELUM GLENDER, Agent of the plaintiff and to whom the domicile indicated to hear and receive all types of notifications is deemed to be indicated, likewise and based on the provisions of article 1069 of the Code of Commerce, the persons mentioned are authorized, professionals who must accredit in the first diligence in which they intervene, the above-mentioned persons are authorized to be licensed in law with the exhibition of their professional license, which must be registered in the book that is kept in this court for such purpose, and in the case of failure to comply with the foregoing, they will only be considered authorized to hear and receive notifications and documents, and the other persons mentioned are also authorized for the purposes specified. Now then, based on the provisions of articles 1344, 1345 section V, 1345 BIS, 1345 BIS 1 and other relative articles of the Code of Commerce, the plaintiff has filed an **APPEAL** against the order dated May fifteenth, two thousand twenty-three, and identified as *995/2022-3, which is admitted in the **DEVOLUTIONARY EFFECT OF IMMEDIATE PROCEDURE,** therefore, with the expression of grievances that it formulates, let the opposing party be heard so that in a term of THREE DAYS it answers the same, **based on article 1345 Bis-2 and once it is done,** form the corresponding **TESTIMONY OF APPEAL** with all the evidence that integrates the file and respective annexes, and send them to the **THIRD CIVIL ROOM OF THIS H. COURT** so that

E-Stamp SIGJ / TSJCDMX -- Sixty-Third Civil Court | 995/2022-21 | RREYESR | 2023-08-23 15:06:21 | MROBLESV | 2023-08-23 15:06:25 | FP: 2023-08-24 | NAS: 5111-5772-2738-6042-122 | 1692824592198 -- SIGJ / TSJCDMX -- V2



**SUPERIOR COURT OF JUSTICE OF THE CITY OF MEXICO**
*"2023, YEAR OF FRANCISCO VILLA, THE PEOPLE'S REVOLUTIONARY".*
*SIXTY-THIRD CIVIL LAW*

to take cognizance of the appeal filed, and the parties are hereby summoned to appear before the superior to deduce their rights. The foregoing for all legal effects. Be notified. It was ordered and signed by the SIXTY-THIRD CIVIL JUDGE, LAWYER MIGUEL ÁNGEL ROBLES VILLEGAS, before C. Secretary of Agreements "A", Rosalba Reyes Rodríguez, who authorizes and attests. I attest.

Electronic seal SIGJ / TSJCDMX -- Sixtieth

Third Civil Court | 995/2022-21 | RREYESR | 2023-08-23 15:06:21 | MROBLESV | 2023-08-23 15:06:25 | FP: 2023-08-24 | NAS: 5111-5772-2738-6042-122 | 1692824592198 -- SIGJ / TSJCDMX -- V2



In the *Judicial Bulletin* no. ___144___ corresponding to the ___24 of___ day
___August___ 2023, the publication of the Law was made for the record.
On August 25___ of 2023, the above notification became effective.



**CRYPTOGRAPHIC EVIDENCE - TRANSACTION**

**Signed File: 1692824592198.pdf**
**Certification Authority of the Judiciary of Mexico City Signatory(s): 2**
**Sheet(s): 3**

| Signatories | | | | | | Signatures |
|---|---|---|---|---|---|---|
| **Name(s):** | ROSALBA REYES RODRIGUEZ | **Validity:** | Current | **No Series:** | 70.6a.63.64.6d.78.32.30.30.30.33.33.36.38 | |
| | MIGUEL ANGEL ROBLES VILLEGAS | **Validity:** | Current | **No Series:** | 70.6a.63.64.6d.78.32.30.30.30.33.33.36.32 | |
| **OCSP** | | | | | | |
| **Date: (UTC / CDMX)** | | 23/08/23 21:05:41 - 23/08/23 15:05:41 | | | | |
| | | 23/08/23 21:05:46 - 23/08/23 15:05:46 | | | | |
| **Name of respondent(s):** | | OCSP Delegated Service of the CA of the Judiciary of the CDMX | | | | |
| | | OCSP Delegated Service of the CA of the Judiciary of the CDMX | | | | |
| **Issuer(s) of the respondent(s):** | | Certifying Authority of the Judicial Branch of Mexico City | | | | |
| | | Certifying Authority of the Judicial Branch of Mexico City | | | | |
| **Serial number(s):** | | 70.6a.63.64.6d.78.32.30.32 | | | | |
| | | 70.6a.63.64.6d.78.32.30.32 | | | | |
| **TSP** | | | | | | |
| **Date: (UTC / CDMX)** | | 23/08/23 21:05:41 - 23/08/23 15:05:41 | | | | |
| | | 23/08/23 21:05:46 - 23/08/23 15:05:46 | | | | |
| **Name of the sender of the TSP response:** | | Time Stamp Issuing Entity of the Judicial Branch of Mexico City | | | | |
| | | Time Stamp Issuing Entity of the Judicial Branch of Mexico City | | | | |
| **TSP certificate issuer:** | | Certifying Authority of the Judicial Branch of Mexico City | | | | |
| | | Certifying Authority of the Judicial Branch of Mexico City | | | | |
| **Digital Stamps** | | | | | | |
| b2 dd 13 57 81 e3 c2 d9 27 c9 a0 28 52 b9 f1 60 ee 5c 9f ba 41 ef 76 67 68 9f d0 77 6c a0 8a 14 e5 7b e3 d1 de dd 42 31 67 d4 00 | | | | | | |
| 2d 82 38 85 85 a0 bf 3c fe 9b 80 72 5d 55 ac 96 ff a5 61 e9 4d b6 66 ed 54 c1 cb 18 94 0a 8c ca 19 a8 20 af 19 84 09 2e 19 b7 0e c8 | | | | | | |

E-Stamp SIGJ / TSJCDMX -- Sixty-Third Civil
Court | 995/2022-21 | RREYESR | 2023-08-23
15:06:21 | MROBLESV | 2023-08-23
15:06:25 | FP: 2023-08-24 | NAS:
5111-5772-2738-6042-122 | 1692824592198 -- SIGJ
/ TSJCDMX -- V2

