**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

........................................................ x
                           :

In re:                         :     Chapter 11
                           :

TV Azteca, S.A.B. de C.V., et al.    :     Case No. 23-10385 (LGB)
                           :

          Alleged Debtors.[1]     :     (Jointly Administered)
                           :

........................................................ x

## FURTHER NOTICE OF HEARING ON ALLEGED DEBTORS' MOTION TO DISMISS THE INVOLUNTARY CHAPTER 11 PETITIONS

**PLEASE TAKE NOTICE** that, on April 25, 2023, the Alleged Debtors filed the *Motion to Dismiss the Involuntary Chapter 11 Petitions* (the "Motion"), which seeks entry of an order dismissing the involuntary chapter 11 petition filed against each Alleged Debtor by Plenisfer Investments SICAV – Destination, Cyrus Opportunities Master Fund II, Ltd., and Sandpiper Limited.

---

[1] The Alleged Debtors in these cases are TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada en Aviación, S.A. de C.V.; Equipo de Futbol Mazatlán, S.A. de C.V.; Producciones Dopamina, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana de Televisión, S.A. de C.V.; Azteca Sports Rights LLC; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora de Televisión Regional de TV Azteca, S.A. de C.V.; Promotora de Fútbol Rojinegros, S.A. de C.V.; Mazatlán Promotora de Fútbol, S.A. de C.V.; Publicidad Especializada en Medios De Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados TAZ, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales de Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel, S.A.; TVA Guatemala, S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Peru, S.A.C.; Redes Opticas, S.A.C.; Televisora del Valle de México, S.A.P.I. de C.V. The location of the Debtors' corporate headquarters is Periférico Sur 4121, colonia Fuentes del Pedregal, alcaldía Tlalpan, C.P. 14140, Ciudad de México, México.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Amended Joint Stipulation and Order Modifying Briefing Schedule Regarding the Contested Bankruptcy Cases* [Docket No. 32], an in-person hearing on the Motion (the "Hearing") was held on August 28, 2023.

**PLEASE TAKE FURTHER NOTICE** that the second day of the Hearing will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 623, 1 Bowling Green, New York, NY 10004 (the "Bankruptcy Court") on **August 29, 2023 beginning at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a listen-in only telephone line will be set up using CourtSolutions.  For participants who wish to listen in, please register with CourtSolutions at http://www.court-solutions.com/ or via phone at 917-746-7476.  For parties who wish to participate in person, please register your appearance at https://www.nysb.uscourts.gov/ecourt-appearances.

Dated: August 28, 2023              */s/ Jay Cohen*
       New York, New York      Jay Cohen
                                       Kelley A. Cornish
                                       Elizabeth R. McColm
                                       William A. Clareman
                                       Sean A. Mitchell

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jaycohen@paulweiss.com
kcornish@paulweiss.com
emccolm@paulweiss.com
wclareman@paulweiss.com
smitchell@paulweiss.com

*Counsel to the Alleged Debtors*

2