Jay Cohen
Kelley A. Cornish
Elizabeth R. McColm
William A. Clareman
Sean A. Mitchell
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019–6064
Telephone:  (212) 373–3000
Facsimile:  (212) 757–3990

*Counsel to the Alleged Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TV Azteca, S.A.B. de C.V., *et al.*, | ) Case No. 23-10385 (LGB) |
| | ) |
| Alleged Debtors. [1] | ) (Jointly Administered) |
| | ) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                   ) SS.:
COUNTY OF NEW YORK )

---

[1]      The Alleged Debtors in these cases are TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Equipo de Futbol Mazatlan, S.A. de C.V.; Producciones Dopamina, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana De Televisión, S.A. de C.V.; Azteca Sports Rights LLC; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora De Televisión Regional De Tv Azteca, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Mazatlan Promotora de Futbol, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados Taz, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.; TVA Guatemala S.A; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C; Televisora del Valle de México, S.A. de C.V. The location of the Debtors' corporate headquarters is Periférico Sur 4121, colonia Fuentes del Pedregal, alcaldía Tlalpan, C.P. 14140, Ciudad de México, México.

Marguerite M. Melvin, being duly sworn, deposes and says:

1.      I am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue

of the Americas New York, NY 10019-6064.

2.      I am over 18 years of age and not a party to the above captioned proceeding.

3.      On August 28, 2023, I served a true and correct copy of the following:

- *Further Notice of Hearing on Alleged Debtors' Motion to Dismiss the Involuntary Chapter 11 Petitions* [Docket No. 65]

via the Court's electronic case filing and noticing system and by e-mail upon the parties listed on

Exhibit A, attached hereto.

*/s/ Marguerite M. Melvin*
Marguerite M. Melvin

Sworn to before me on this
29th day of August, 2023

*/s/ Julia Hossain*
Julia Hossain, Notary Public

Notary Public, State of New York
No. 01HO6439809
Qualified in Nassau County
Commission Expires: August 29, 2026

**Exhibit A**

aqureshi@akingump.com

melanie.miller@akingump.com

mstamer@akingump.com

sschultz@akingump.com

dgiller@akingump.com

dkrasa@akingump.com

sbrauner@akingump.com

AGSearch-Lit@akingump.com

NYMCO@akingump.com

bkemp@akingump.com

alaaraj@akingump.com

rfriedman@sheppardmullin.com

mdriscoll@sheppardmullin.com

cplaza@riker.com

dbloom@riker.com

USTPRegion02.NYECF@USDOJ.GOV