**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

.................................................... x
                                                     :
In re:                                               :    Chapter 11
                                                     :
TV Azteca, S.A.B. de C.V., et al.                    :    Case No. 23-10385 (LGB)
                                                     :
                          Alleged Debtors.[1]        :    (Jointly Administered)
                                                     :
.................................................... x

<u>NOTICE OF STATUS CONFERENCE</u>

**PLEASE TAKE NOTICE** that a status conference in connection with the Alleged

Debtors' *Motion to Dismiss the Involuntary Chapter 11 Petitions* [Docket No. 26] will be held

over Zoom before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the

United States Bankruptcy Court for the Southern District of New York, Courtroom 623, 1 Bowling

Green, New York, NY 10004 (the "<u>Bankruptcy Court</u>") on **September 7, 2023 at 4:00 p.m.**

**(prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that due to the COVID-19 pandemic and in

accordance with the Court's General Order M-543, dated March 20, 2020, the status conference

---

[1]    The Alleged Debtors in these cases are TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría
Especializada en Aviación, S.A. de C.V.; Equipo de Futbol Mazatlán, S.A. de C.V.; Producciones Dopamina,
S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana de
Televisión, S.A. de C.V.; Azteca Sports Rights LLC; Producciones Azteca Digital, S.A. de C.V.; Producciones
Especializadas, S.A. de C.V.; Productora de Televisión Regional de TV Azteca, S.A. de C.V.; Promotora de
Fútbol Rojinegros, S.A. de C.V.; Mazatlán Promotora de Fútbol, S.A. de C.V.; Publicidad Especializada en
Medios De Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos
Noticiosos, S.A. de C.V.; Servicios Especializados TAZ, S.A. de C.V.; Servicios y Mantenimiento del Futuro en
Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina,
S.A. de C.V.; Multimedia Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A.
de C.V.; Servicios Locales de Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC;
TV Azteca Honduras, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel, S.A.;
TVA Guatemala, S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Peru, S.A.C.;
Redes Opticas, S.A.C.; Televisora del Valle de México, S.A.P.I. de C.V.  The location of the Debtors' corporate
headquarters is Periférico Sur 4121, colonia Fuentes del Pedregal, alcaldía Tlalpan, C.P. 14140, Ciudad de
México, México.

will only be conducted via Zoom.[2]  Parties should not appear in person and those wishing to participate in the status conference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the status conference at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.[3]

Dated: August 30, 2023
      New York, New York

/s/ Jay Cohen
Jay Cohen
Kelley A. Cornish
Elizabeth R. McColm
William A. Clareman
Sean A. Mitchell

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jaycohen@paulweiss.com
kcornish@paulweiss.com
emccolm@paulweiss.com
wclareman@paulweiss.com
smitchell@paulweiss.com

*Counsel to the Alleged Debtors*

---

[2]    A copy of the General Order M-543 can be obtained by visiting https://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19.

[3]    Instructions on how to register can be obtained by visiting https://www.nysb.uscourts.gov/zoom-video-hearing-guide. *Procedures for All Hearings Before Judge Beckerman Being Held by Zoom Video* are attached hereto as Exhibit A.

**Exhibit A**

<u>**PROCEDURES FOR ALL HEARINGS BEFORE JUDGE BECKERMAN BEING HELD BY ZOOM VIDEO**</u>

The Zoom video hearing (the "<u>Hearing</u>") held in connection with this notice will be conducted in accordance with the procedures contained herein. Under Rule 43 of the Federal Rules of Civil Procedure, made applicable here by Rule 9017 of the Federal Rules of Bankruptcy Procedure, the current COVID-19 pandemic provides good cause in compelling circumstances to allow this Hearing to be conducted remotely using audio and video conferencing solutions. Accordingly, pursuant to this Court's General Order M-543 regarding the COVID-19 pandemic, and after due deliberation, this Court adopts the following virtual hearing procedures which provide appropriate safeguards in relation to the Hearing.

With respect to Hearings that are evidentiary hearings or trials, the procedures contained herein are subject to, and do not limit, the terms of any pre-trial order, scheduling order, or other order regarding the Hearing.

<u>**PROCEDURES**</u>

1.      <u>**Audio and Videoconferencing Solutions.**</u> The Hearing shall take place virtually using both audio and videoconferencing solutions as set forth herein.  The Court shall utilize Zoom for Government (for audio and video purposes).  The Zoom link shall be provided by the Court to the list of persons identified by the parties as Zoom participants in accordance with Section 2 below, and to other attorneys, parties in interest, or members of the public who provide notice to the Court in accordance with Section 3 below.

2.      <u>**Prior Notice of Intent to use Zoom.**</u> All attorneys appearing before the Court must register for the Hearing through the Electronic Appearance Portal located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by no later than <u>4:00 p.m. one business day before the Hearing</u>.  Failure to register by the specified deadline will result in the party not being admitted to the Hearing.  The Court will circulate the Zoom link to such persons by email after 4:00 pm one business day before the Hearing.  <u>Parties are strictly forbidden from circulating or sharing the Zoom link</u>.

3.      <u>**Attendance at the Hearing by Other Attorneys, Parties in Interest, and the Public.**</u>  All other attorneys, parties in interest, or members of the public who wish to hear or

observe the Hearing must register for the Hearing through the Electronic Appearance Portal located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by no later than 4:00 p.m. (ET) one business day before the Hearing.  Parties shall indicate that they are requesting listen-only access when registering their appearance.  Failure to register by the specified deadline will result in the party not being admitted to the Hearing.  The Court will circulate by email prior to the Hearing the Zoom link to such persons who wish to hear or observe the Hearing via Zoom.  Parties are strictly forbidden from circulating or sharing the Zoom link.

4.    **Courtroom Formalities.**  Although being conducted using audio and videoconferencing on Zoom, the Hearing constitutes a court proceeding, and any recording other than the official court version is prohibited.  No participant or attendee of the Hearing may record images or sounds of the Hearing from any location.  All parties appearing before the Court must situate themselves in such a manner as to be able to view the video screen and be seen by the Court.  For purposes of this Hearing, the formalities of a courtroom must be observed, except that the Court will permit counsel in this Hearing to be attired in business casual clothing.

5.    **Submission of Exhibits to Court.**  If any of these parties intend to offer any exhibits at the Hearing, such party shall provide the Court (and file on ECF) a copy of the exhibits it will seek to use during the Hearing (either by offering it in evidence or using it for demonstrative purposes) no later than the deadline set forth in Judge Beckerman's Chambers Rules or the applicable scheduling or pretrial order but in any event at least 24 hours before the Hearing.

6.    **Checking in for Hearing.**  Because of the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing must connect to the Hearing beginning half an hour prior to the scheduled start of the Hearing.  Failure to connect to the Hearing at the indicated time may result in significant delays to the start of the Hearing.  When signing into Zoom for Government, participants must type in the first and last name that will be used to identify them at the hearing, and the party they represent (*i.e.*, Jane Doe, Debtor's Counsel).  Participants that type in only their first name, a nickname, or initials will not be admitted into the hearing.  When seeking to connect for video

2

participation in a Zoom for Government hearing, participants will first enter a waiting room ("Waiting Room") in the order in which the participants seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) provided to the Court in accordance with Sections 2 and 3 above. You may experience a delay in the Waiting Room before you are admitted to the Hearing. Once admitted, please turn off video and mute the microphone on Zoom until the matter is called by the Court.

7.    **Retention of Jurisdiction.**  The Court retains jurisdiction with respect to all matters arising from or related to these procedures.