Jay Cohen
Kelley A. Cornish
Elizabeth R. McColm
William A. Clareman
Sean A. Mitchell
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019–6064
Telephone: (212) 373–3000
Facsimile: (212) 757–3990

*Counsel to the Alleged Debtors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TV Azteca, S.A.B. de C.V., *et al.*, | ) | Case No. 23-10385 (LGB) |
| | ) | |
| Alleged Debtors. [1] | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK )

---

[1]    The Alleged Debtors in these cases are TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada en Aviación, S.A. de C.V.; Equipo de Futbol Mazatlán, S.A. de C.V.; Producciones Dopamina, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana de Televisión, S.A. de C.V.; Azteca Sports Rights LLC; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora de Televisión Regional de TV Azteca, S.A. de C.V.; Promotora de Fútbol Rojinegros, S.A. de C.V.; Mazatlán Promotora de Fútbol, S.A. de C.V.; Publicidad Especializada en Medios De Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados TAZ, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales de Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel, S.A.; TVA Guatemala, S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Peru, S.A.C.; Redes Opticas, S.A.C.; Televisora del Valle de México, S.A.P.I. de C.V.  The location of the Debtors' corporate headquarters is Periférico Sur 4121, colonia Fuentes del Pedregal, alcaldía Tlalpan, C.P. 14140, Ciudad de México, México.

Marguerite M. Melvin, being duly sworn, deposes and says:

1.      I am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas New York, NY 10019-6064.

2.      I am over 18 years of age and not a party to the above captioned proceeding.

3.      On August 30, 2023, I served a true and correct copy of the following:

- *Notice of Status Conference* [Docket No. 67]

via the Court's electronic case filing and noticing system and by e-mail upon the parties listed on Exhibit A, attached hereto, and by First Class U.S. Mail or international airmail upon the parties listed on the attached Exhibit B.


                                                        */s/ Marguerite M. Melvin*
                                                        Marguerite M. Melvin

Sworn to before me on this
30th day of August, 2023

*/s/ Julia Hossain*
Julia Hossain, Notary Public

Notary Public, State of New York
No. 01HO6439809
Qualified in Nassau County
Commission Expires: August 29, 2026

**<u>Exhibit A</u>**

aqureshi@akingump.com

melanie.miller@akingump.com

mstamer@akingump.com

sschultz@akingump.com

dgiller@akingump.com

dkrasa@akingump.com

sbrauner@akingump.com

AGSearch-Lit@akingump.com

NYMCO@akingump.com

bkemp@akingump.com

alaaraj@akingump.com

rfriedman@sheppardmullin.com

mdriscoll@sheppardmullin.com

cplaza@riker.com

dbloom@riker.com

USTPRegion02.NYECF@USDOJ.GOV

**<u>Exhibit B</u>**

Akin Gump Strauss
Attn:  Michael Stamer
        Abid Qureshi
Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Office of the U.S. Trustee
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Akin Gump Strauss
Hauer & Feld LLP
Attn:  Sarah Link Schultz
2300 North Field Street, Suite 1800
Dallas, Texas 75201

The Bank of New York Mellon -
London Branch
Attention: Global Corporate Trust
101 Barclay Street, 7th Floor East
New York, NY 10286

Law Debenture Corporate Services Inc.
801 2nd Avenue, Suite 403
New York, NY 10017

Sheppard Mullin Richter & Hampton LLP
Attn: Robert S. Friedman
        Michael T. Driscoll
30 Rockefeller Plaza
New York, NY 10112

Winston & Strawn, LLP
Attention: Allen Miller
200 Park Avenue
New York, NY 10166-4193

Internal Revenue Service
Office of Chief Counsel
Internal Revenue Service
1111 Constitution Ave NW
The Mint Building, M-4-157
Washington, DC  20224

Riker Danzig LLP
Attn:  Curtis M. Plaza
        Daniel A. Bloom
P.O. Box 1981 Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981

Internal Revenue Service
33 Maiden Lane, 12th Floor
New York, NY, 10038

Guerra, Hidalgo y Mendoza, S.C.
Paseo de la Reforma 509, 19th Floor,
Colonia Cuauhtémoc,
Alcaldía Cuauhtémoc, 06500,
Mexico City, Mexico

Fernando Del Castillo E.
Del Castillo y Castro
428 Santa Fe Av., Tower III, Floor 16
Desarrollo Santa Fe
05348, CDMX. México