UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TV Azteca, S.A.B. de C.V., *et al.*, | ) Case No. 23-10385 (LGB) |
| | ) |
| Alleged Debtors.[1] | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING (A) MOTION TO DISMISS INVOLUNTARY PETITIONS AND (B) RELATED RELIEF**

Upon the Alleged Debtors' *Motion to Dismiss the Involuntary Chapter 11 Petitions* (Docket No. 26) (the "Motion")[2] for entry of an order (this "Order") dismissing the above-captioned Cases pursuant to sections 105, 303(b)(1), 305(a)(1), and 1112(b) of title 11 of the Bankruptcy Code, the doctrine of *forum non conveniens*, Bankruptcy Rules 1011, 1017, and 1018, and Federal Rule 12(b), as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1134(b) and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012, as a core proceeding pursuant to 28 U.S.C. § 157(b) that this Court may decide by a final order consistent with Article III of the United States Constitution;

---

[1] The Alleged Debtors are: TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Equipo de Futbol Mazatlan, S.A. de C.V.; Producciones Dopamina, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Azteca International Corporation; Operadora Mexicana De Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Azteca Sport Rights LLC; Editorial Mandarina, S.A. de C.V.; Producciones Azteca Digital, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora De Televisión Regional De Tv Azteca, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; TV Azteca Honduras, S.A. de C.V; Mazatlan Promotora de Futbol, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; Stations Group, LLC; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.; TVA Guatemala S.A; Lasimex, S.A. de C.V.; Televisora del Valle de México, S.A. de C.V.; Azteca Comunicaciones Perú, S.A.C.; TV Azteca Global, S.L.U.; Redes Opticas, S.A.C; Servicios Especializados Taz, S.A. de C.V.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and this Court having found that notice of the Motion was appropriate under the circumstances and no other notice need be provided; and upon the record of the hearing held by the Court on the Motion on August 28 and 29, 2023 (the "Hearing"); and, after due deliberation, this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish good and sufficient cause for the relief granted herein, as set forth in its *Decision Granting Alleged Debtors' Motion to Dismiss the Involuntary Petitions* (Docket No. 81) (the "Decision"),

**NOW, THEREFORE, IT IS HEREBY ORDERED**, **ADJUDGED AND DECREED THAT**:

1. The Motion is granted for the reasons set forth in the Decision.

2. These Cases are dismissed pursuant to section 303(b)(1) of the Bankruptcy Code.

3. Notwithstanding anything to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. Notwithstanding dismissal of these Cases, the Court retains jurisdiction with respect to all matters arising from or related to these Cases.

6. The Alleged Debtors have not waived the right to seek judgment pursuant to section 303(i) of the Bankruptcy Code and this Court may, upon subsequent proceedings initiated by the Alleged Debtors, take under advisement additional proceedings related to the Cases pursuant to section 303(i) of the Bankruptcy Code.

**IT IS SO ORDERED**.

Dated: November 27, 2023  
New York, New York

*/s/ Lisa G. Beckerman*  
HONORABLE LISA G. BECKERMAN  
UNITED STATES BANKRUPTCY JUDGE